**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

JOSHUA DURRETT,

      Plaintiff,

v.                                                                                          Case No. 2:24-cv-2104

TRILOGY MEDWASTE, INC.,
                                                                                             **JURY DEMANDED**
      Defendant.

**COMPLAINT**

COMES NOW Plaintiff Joshua Durrett and brings this action against his former employer Defendant Trilogy MedWaste, Inc., alleging unlawful race discrimination and retaliation in violation of 42 U.S.C. § 1981.  In support, Plaintiff would allege as follows:

**I. PARTIES**

1.      Plaintiff Joshua Durrett is a white male resident of Shelby County, Tennessee.

2.      Defendant Trilogy MedWaste, Inc. is a corporation headquartered in Houston, Texas, and is incorporated in the state of Delaware.

**II. JURISDICTION**

3.      The Court has jurisdiction over Plaintiff's claims brought under 42 U.S.C. § 1981 pursuant to 28 U.S.C. §§ 1331 and 1343(4).  Plaintiff timely filed a charge with the Equal Employment Opportunity Commission.  Plaintiff has not yet received a Notice of Right to Sue, but will amend to add claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., upon receipt of the Notice of Right to Sue.

### III. STATEMENT OF FACTS

4.      Defendant claims it is a full service medical waste management company.

5.      At all relevant times herein, Defendant has employed at least 300 employees or more.

6.      At all relevant times herein, Defendant did business with and for Federal Express Corporation a/k/a FedEx at a FedEx facility located at 3955 E. Holmes Road, Memphis, TN 38118.

7.      Plaintiff was employed by Defendant under a contract of employment as a warehouse associate from October 10, 2022 to December 5, 2022.  Plaintiff was the only white employee in his department.  The rest of Plaintiff's co-workers and most of his supervisors were black.

8.      During the course of his employment, Plaintiff's immediate supervisor, Andre Becton, a black male, subjected Plaintiff to unwelcomed racial slurs.  Among other racial slurs, Mr. Becton called Plaintiff "white boy", "white m-fer", and "cracker".  He also told Plaintif that "white people smell like dogs" and that he was "locking the door on [plaintiff's] white ass".

9.      Becoming fed up with Mr. Becton's use of racial slurs, on or about November 8, 2022, Plaintiff lodged and filed an internal complaint with Defendant's management team regarding Mr. Becton's racial discrimination and harassment.

10.      Thereafter, Plaintiff's employment was terminated by Defendant just a few weeks later on or about December 5, 2022.

11.      Defendant claims that Plaintiff was terminated for violating FedEx's cellphone policy, and that a FedEx management official, Marques Fleming, advised Defendant that Plaintiff was to be removed from working at the FedEx facility.  This is false.  Not only did Plaintiff not violate any cellphone policy of any kind, it is also false that anyone associated with FedEx

2

requested that Plaintiff be removed from working at the FedEx facility.  In other words, Defendant's basis for terminating Plaintiff's employment is pretextual and a cover up for unlawful retaliation for his opposition to race discrimination and harassment in the workplace.

## IV. CAUSES OF ACTION

12.     Plaintiff incorporates the foregoing paragraphs as though specifically set forth herein, and alleges that:

13.     Defendant's actions constitute unlawful racial discrimination/harasment and retaliation in violation of 42 U.S.C. § 1981;

14.     As a direct and proximate result of Defendant's unlawful discriminatory and retaliatory conduct toward Plaintiffs, Plaintiff has lost wages and benefits and has sustained other pecuniary loss.

15.     Defendant's discriminatory and retaliatory actions have been demeaning to Plaintiff and have caused Plaintiff to suffer pain, humiliation, and embarrassment, as well as emotional distress; and,

16.     Defendant's unlawful actions complained of above were intentional, malicious, and taken in reckless disregard to the statutory rights of Plaintiff.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the following relief be granted following a jury verdict in their favor:

1.     Back pay, lost benefits, and other pecuniary losses proximately caused by Defendant's unlawful conduct;

2.     Front pay and the value of future lost benefits since reinstatement is not feasible;

3

3.  Compensatory damages against Defendant in an amount to be determined by the jury;

4.  Punitive damages against Defendant in an amount to be determined by the jury;

5.  All costs, disbursements, pre-judgment interest, post-judgment interest, expert witness fees and reasonable attorneys' fees allowed under actions brought pursuant to 42 U.S.C. § 1981; and,

6.  Such further relief as is deemed just and proper.


Respectfully submitted,

**DONATI LAW, PLLC**

*s/ William B. Ryan*
WILLIAM B. RYAN (#20269)
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Facsimile: (901) 278-3111
Email: billy@donatilaw.com
*Attorney for Plaintiff*

4